UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 25-307 (DWF/JFD) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Abdullahi Amin Parker, | |
| Defendant. | |

This matter is before the Court on the Report and Recommendation of Magistrate Judge John F. Docherty dated December 3, 2025. (Doc. No. 34.) No objections have been filed during the time permitted under Local Rule 72.2(b)(1). When no objections are filed, a district court need only review the Report and Recommendation for clear error. *See Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report and Recommendation, the Court finds no clear error.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge John F. Docherty's Report and Recommendation dated December 3, 2025 (Doc. No. [34]) is **ADOPTED**.

2. Defendant Abdullahi Amin Parker's motion to suppress (Doc. No. [23]) is **DENIED**.

Dated: January 5, 2026

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge